UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHAQUITA BRIELLARD,**

 Plaintiff,

v.           No. 4:23-cv-01227-P-BJ

**IDAHO HOUSING & FINANCE ASSOCIATION,**

 Defendant.

# ORDER

 The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case, recommending that Plaintiff Shaquita Briellard's motion to proceed in forma pauperis be denied. ECF No. 5. Plaintiff timely objected. ECF No. 6. After reviewing the FCR *de novo*, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of this Court.

 Plaintiff declared that she earns $3,200 gross wages per month and lists one dependent. ECF No. 2 at 1. At this monthly income, Plaintiff's annual income is $38,400—nearly twice the applicable poverty level for a family of two. Based on this information in the application, Plaintiff has sufficient resources to pay the filing and administrative fees. Accordingly, and for the reasons stated in the Magistrate Judge's FCR, the Court finds that Plaintiff's Motion should be **DENIED**. The Court **ADOPTS** the reasoning in the Magistrate Judge's FCR (ECF No. 5) and **OVERRULES** Plaintiff's Objections (ECF No. 6).

 Plaintiff's Complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays

to the Clerk of Court the filing and administrative fees of $405.00[1] within seven (7) days of this order.

**SO ORDERED** on this **14th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee for filing a civil action in district court of $55. *See* 28 U.S.C. § l914(a) and District Court Miscellaneous Fee Schedule, note 14.